# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-309
Lower Tribunal No. 16-608
_____

## Nadine Tanis, et al.,
Appellants,

vs.

## HSBC Bank USA, N.A., etc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale Beach), for appellant Nadine Tanis.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, and David Rosenberg (Boca Raton), for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.